# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. **3:15-CV-00626** |
| ) | |
| CAD ENGINEERING RESOURCES ) | Judge Aleta Trauger |
| d/b/a CER GROUP NORTH AMERICA ) | |
| CORPORATION and RAYMOND LEE ) | |
| WAGNER, JR. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and announce and submit this Joint Stipulation of Dismissal with Prejudice as to all claims involved in this litigation, including any Counterclaims. Accordingly the parties move the court to enter the attached Order of Dismissal with Prejudice as evidenced by their signatures thereto. It is further agreed and stipulated that each party will bear its own attorney's fees and costs.

Respectfully submitted,

/s/ Christopher H. Crain
**Christopher H. Crain, (#019900)**
**Shuttleworth Williams, PLLC**
22 N. Front Street, Suite 850
Memphis, TN 38103
(901) 526-7399
ccrain@shuttleworthwilliams.com
*Attorneys for Arch Insurance Company*

1

/s/   Stephen K. Heard
**Stephen K. Heard**
**Cornelius & Collins**
511 Union Street, Suite 1500
Nashville, TN 37219
skheard@cclawtn.com
*Attorneys for Defendant CAD/CER*


/s/   Charles A. Flynn
**Charles A. Flynn**
**Jeremy Cothern**
**Berke,  Berke & Berke**
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405
chuck@berkeattys.com
jeremy@berkeattys.com
*Attorneys for Raymond Wagner, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically.  A copy of the Joint Stipulation will be sent via the court's electronic filing system to the following:

Stephen K. Heard
Cornelius & Collins
511 Union Street, Suite 1500
Nashville, TN 37219
skheard@cclawtn.com
*Attorneys for Defendant CAD/CER*

Charles A. Flynn
Jeremy Cothern
Berke,  Berke & Berke
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405
chuck@berkeattys.com
jeremy@berkeattys.com
*Attorneys for Raymond Wagner, Jr.*


/s/ Christopher H. Crain
**Christopher H. Crain**

2