# IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. **3:15-CV-00626** |
| ) | |
| CAD ENGINEERING RESOURCES ) | Judge Aleta Trauger |
| d/b/a CER NORTH AMERICA ) | |
| CORPORATION and RAYMOND LEE ) | |
| WAGNER, JR. ) | |
| ) | |
| Defendants. | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record and announce to the Court that all claims asserted in this litigation, including any Counterclaims, should be dismissed with prejudice. It is further agreed and stipulated that each party will bear its own attorney's fees and costs.

IT IS THEREFORE ORDERED that this matter and all claims associated therewith, including Counterclaims, are hereby dismissed with prejudice. Each party will pay its own attorney's fees and costs.

_____
ALETA TRAUGER
UNITED STATES DISTRICT COURT JUDGE

June 30, 2016
DATE

APPROVED FOR ENTRY:


/s/ Stephen K. Heard
Stephen K. Heard (#7013)
Cornelius & Collins
511 Union Street, Suite 1500
Nashville, TN 37219
(615) 244-1440
skheard@cclawtn.com
**Attorneys for Defendant CAD/CER**


/s/ Christopher H. Crain
Christopher H. Crain (#019900)
Shuttleworth, Williams, PLLC
22 N. Front Street, Suite 850
Memphis, TN 38103
ccrain@shuttleworthwilliams.com
(901) 526-7399
**Attorneys for Arch Insurance Company**


/s/ Charles A. Flynn
Charles A. Flynn (#30878)
Jeremy Cothern (#27166)
Berke, Berke & Berke
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405
(423) 266-5171
**Attorneys for Raymond Wagner, Jr.**